IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00276-WYD-KLM

PRO MASSAGE, INC., d/b/a THERA CANE CO., a company organized in Colorado,

  Plaintiff,

v.

BODY BACK COMPANY, a company organized in Oregon; and,
PETER NASH, an individual,

  Defendant.

---

**ORDER**

---

  THIS MATTER is before the Court on plaintiff, Pro Massage Inc.'s, Notice Of Voluntary Dismissal Pursuant To F.R.C.P. 41(a)(1) [ECF No. 10], filed on February 20, 2013. After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed without prejudice. Accordingly, it is

  ORDERED that the above captioned case is **DISMISSED WITHOUT PREJUDICE**.

  Dated: February 21, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge